*Augustus T. Cowman* v. *George Lovett et al.*   M. T. REY- NOLDS, for complainant; D. D. FIELD, for defendant Lovett. Motion by defendant, to vacate or discharge so much of the order of the vice chancellor of the first circuit as allowed the complainant to amend his bill and to move to reinstate the in- junction, denied.   Application by complainant to take demur- rer of defendant Lovett, off the files for irregularity, also de- nied, and such demurrer ordered to stand as a regular de- murrer to the bill as amended.   Neither party to have costs, as against the others.   Cause referred to vice chancellor of the first circuit to hear and decide the same upon the demur- rer.